NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: GESTURE TECHNOLOGY PARTNERS, LLC,**
*Appellant*

---

2024-1585

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/014,902.

-------------------------------------------------

**IN RE: GESTURE TECHNOLOGY PARTNERS, LLC,**
*Appellant*

---

2025-1075

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/014,901.

---

**ON MOTION**

---

Per Curiam.

**O R D E R**

Upon consideration of Gesture Technology Partners, LLC's unopposed motion to reschedule the oral arguments in the above-captioned companion appeals from October 7, 2025, to October 9, 2025, October 10, 2025, or the next available calendar date,

IT IS ORDERED THAT:

The motion is granted. The appeals are rescheduled for oral argument on October 10, 2025, at 10:00 a.m. in Courtroom 201. The responses to notice of oral argument remain due no later than September 4, 2025.

FOR THE COURT

August 25, 2025
　　Date

Jarrett B. Perlow
Clerk of Court